IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH DALE SANDERS, <br> Reg. No. 40335-074, <br><br> Petitioner, <br><br> v. <br><br> WARDEN WOODS, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:19-CV-123-WHA-JTA <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On November 29, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 15. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and the application for habeas corpus relief is DENIED.

A Final Judgment will be entered separately.

Done, this 4th day of January 2022.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE